1
2
3
4
5
6        UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
7              AT SEATTLE

8  REX OSEI ADDO,

9                    Plaintiff,          Case No. C13-1955-JCC-BAT

10         v.                            **REPORT AND**
                                         **RECOMMENDATION**
11  SIX UNKNOWN NAMED AGENTS, et al.,

12                    Defendants.

13         Plaintiff is a pro se prisoner in Alabama who repeatedly files the same complaint.

14  Although the complaint names "Rex Addo" as the plaintiff, the complaint is unsigned, contains

15  handwriting identical to § 1983 complaints Young Yil Jo has filed, and repeats the same

16  allegations Mr. Jo has made in his past § 1983 complaints.  In fact, on the same day this

17  complaint was filed, Mr. Jo filed a very similar complaint in C13-1906-MJP.  Thus it appears the

18  present complaint is yet another action brought by Mr. Jo.  Mr. Jo has submitted over 15 similar

19  § 1983 complaints this year without paying the filing fee or submitting an IFP application and

20  has more than three **STRIKES** against him.  Like the complaints he filed in the past, the present

21  complaint was submitted without an IFP application or filing fee.  The Court recommends

22  **DISMISSING** the matter with prejudice, and further recommends that the dismissal be deemed a

23  **STRIKE**.

REPORT AND RECOMMENDATION - 1

Since 2011, Mr. Jo (or using the name of another prisoner) has submitted essentially identical complaints in case numbers C11-1963-RSM, C11-2013-RSL, C11-2121-JLR, C11-2159-JLR, C12-04-TSZ, C12-76-JLR , C12-77-RSL, C12-76-JLR, C12-420-RSL, C12-1328-RAJ, C12-606-JCC, C12-1531-JLR, C12-1858-RAJ, C12-2061-RSM, C12-2219-MJP, C13-126-TSZ; C13-142-TSZ; C13-298-RSM; C13-915-JCC; C13-947-RSL; C13-991-RSL; C13-1297-RAJ; C13-1296-RAJ; C13-1759-RSL; C13-1598-MJP; C13-1759-RSL; C13-1906-MJP; and C13-1961-JLR.  In each case, Mr. Jo made no attempt to pay the filing fee or apply for IFP status.  In each case the proposed complaint contained the same incomprehensible allegations and failed to set forth facts sufficient to state a claim for relief; further none of the complaints showed venue was proper.  *See* Dkt. 1.  At least five prior cases, C12-77-RSL, C11-2159-JLR, C12-420-RSL, C13-126-TSZ, and C13-991-RSL were dismissed and were deemed to constitute a strike.

Accordingly, the Court recommends **DISMISSING** the case with prejudice under 28 U.S.C. §§ 1915(e)(2)(B)(i)-(ii) and 1915A(b)(1) because the complaint fails to state a claim upon which relief may be granted and is frivolous.  The Court further recommends the dismissal constitute a **STRIKE** for purposes of 28 U.S.C. § 1915(g).  If the recommendation is adopted, the issue of whether *in forma pauperis* status should be granted is moot.

If plaintiff objects to this Recommendation, he must file objections, limited to five pages, by **November 14, 2013**.  The Clerk should note this matter for **November 15, 2013**, as ready for the District Judge's consideration.  The failure to timely object may affect the right to appeal.  A proposed Order accompanies this Report and Recommendation.  The Clerk is directed to provide

///

///

REPORT AND RECOMMENDATION - 2

1    a copy of order to plaintiff and to the Honorable John C. Coughenour.

2           DATED this 1st day of November, 2013.

3

4                                             _____

5                                             BRIAN A. TSUCHIDA
                                              United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

REPORT AND RECOMMENDATION - 3