THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REX OSEI ADDO,<br><br>             Plaintiff,<br><br>    v.<br><br>SIX UNKNOWN NAMES AGENTS, *et al.*,<br><br>             Defendants. | CASE NO. C13-1955-JCC<br><br>ORDER |

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation in part (Dkt. No. 2);

(2)     This action is DISMISSED with prejudice under 28 U.S.C. §§ 1915(e)(2)(B)(i)-(ii) and 1915A(b)(1) because the proposed complaint fails to state a claim upon which relief may be granted and is frivolous. This dismissal *shall not* be deemed a strike for purposes of 28 U.S.C. § 1915(g); and

(3)     The Clerk is respectfully directed to send copies of this Order to Plaintiff and to the Honorable Brian A. Tsuchida.

//

//

DATED this 31st day of December 2013.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2